# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| SEIT ALLA, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br>vs.<br><br>REV-1 SOLUTIONS, LLC,<br><br>   Defendant. | Case No.: 17-cv-1180<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>Hon. Pamela Pepper |

Plaintiff Seit Alla, by counsel, Ademi & O'Reilly, LLP, and Defendant Rev-1 Solutions, LLC, by counsel, Clausen Miller PC, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Rev-1 Solutions, LLC, are dismissed with prejudice and without costs to any party. Plaintiff's motion to reopen case (Doc. No. 15) is withdrawn. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 14th day of August 2018.

| | |
|---|---|
| ADEMI & O'REILLY, LLP | CLAUSEN MILLER, PC |
| /s/ Mark A. Eldridge | /s/ Daniel L. Polsby |
| Shpetim Ademi (SBN 1021729) | Daniel L. Polsby |
| John D. Blythin (SBN 1046105) | Patrick L Breen |
| Mark A. Eldridge (SBN 1089944) | 10 South LaSalle Street, Suite 1600 |
| 3620 East Layton Avenue | Chicago, IL 60603 |
| Cudahy, WI 53110 | Tel: (312) 606-7703 |
| Tel: (414) 482-8000 | Fax: (312) 606-7777 |
| Fax: (414) 482-8001 | E-mail: dpolsby@clausen.com |
| E-mail: meldridge@ademilaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |